UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES RUTHERFORD, BECKY RUTHERFORD,
and MICHAEL HARRIS, on behalf of themselves
and all other similarly situated,

    Plaintiffs,                                      Case No. 2:17-cv-12541

-vs-                                                      Hon. Terrence G. Berg

CITY OF HOWELL and HOWELL
DOWNTOWN DEVELOPMENT AUTHORITY,

    Defendants.

| HEBERLE & FINNEGAN PLLC | ROSATI, SCHULTZ, JOPPICH |
|---|---|
| J. Mark Finnegan (P68050) |  & AMTSBUECHLER, P.C. |
| Denise M. Heberle (P64145) | Anne McClorey McLaughlin (P40455) |
| Attorneys for Plaintiffs | Matthew J. Zalewski (P72207) |
| 2580 Craig Road | Attorneys for Defendants |
| Ann Arbor, MI 48103 | 27555 Executive Drive, Suite 250 |
| (734) 302-3233 | Farmington Hills, MI 48331-3550 |
| hffirm@comcast.net | (248) 489-4100 |
| dmheberle@gmail.com | amclaughlin@rsjalaw.com |
| | mzalewski@rsjalaw.com |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

     The parties, through their respective attorneys, stipulate to dismissal of this matter with prejudice and without costs to any party. The parties further stipulate that the Court shall retain jurisdiction to enforce the parties' settlement, memorialized by a Release and Settlement Agreement executed contemporaneously with this stipulation.

HEBERLE & FINNEGAN PLLC        ROSATI, SCHULTZ, JOPPICH
                                                                                           & AMTSBUECHLER, P.C.

/s/ J. Mark Finnegan (by consent)      /s/ Anne McClorey McLaughlin
Attorney for Plaintiffs                              Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES RUTHERFORD, BECKY RUTHERFORD,
and MICHAEL HARRIS, on behalf of themselves
and all other similarly situated,

      Plaintiffs,        Case No. 2:17-cv-12541

-vs-       Hon. Terrence G. Berg

CITY OF HOWELL and HOWELL
DOWNTOWN DEVELOPMENT AUTHORITY,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court upon the stipulation of the parties to that effect, and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that this matter be and is DISMISSED with prejudice and without costs to any party. The Court shall retain jurisdiction to enforce the terms of the parties' settlement, memorialized by a Release and Settlement Agreement executed contemporaneously with the parties' stipulation.

      /s/Terrence G. Berg
      TERRENCE G. BERG
      UNITED STATES DISTRICT JUDGE

Dated: January 30, 2019